IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHANE N TOWNSEND, :
:
    Petitioner :
: CIVIL NO. 3:CV-12-0636
v. :
: (Judge Caputo)
WARDEN, FCC LEWISBURG, :
:
    Respondent :

# O R D E R

**AND NOW**, this **30th** day of **JANUARY, 2013**, for the reasons set forth in the memorandum accompanying this order, it is **ORDERED** that:

1. The petition for writ of habeas corpus is **denied.**

2. Mr. Townsend's Motion for Temporary Restraining Order (Doc. 15) is **denied as moot**.

3. Mr. Townsend's Motion for Hearing (Doc. 21) is **denied as moot.**

4. The Clerk of Court is directed to **close this case.**

                                                **/s/ A. Richard Caputo**
                                                **A. RICHARD CAPUTO**
                                                **United States District Judge**